# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Cleophis Favor, Jr., *Plaintiff* v. KCSO Jerry S. Barnwell; KCSO Lee Boan *Sheriff*; KCDC Tyrell Catoe *Director*, *Defendants*. | ) ) ) ) ) ) | Civil Action No.   3:20-cv-03634-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☒ The plaintiff, Cleophis Favor, Jr.*,* shall take nothing of the defendants, KCSO Jerry S. Barnwell, KCSO Lee Boan *Sheriff* and KCDC Tyrell Catoe *Director*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Court, the Honorable J. Michelle Childs, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date:   July 6, 2021                                                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                         s/L. Baker
                                                                                              _____
                                                                                                *Signature of Clerk or Deputy Clerk*